IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HOLLY A. JARAMILLO,

  Plaintiff,

 v.                No. 14-cv-0333 SMV

CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,

  Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Motion for Order Granting Application to Proceed in Forma Pauperis and Directing Service [Doc. 2] ("Motion"), filed on April 8, 2014. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

IT THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Order Granting Application to Proceed in Forma Pauperis and Directing Service [Doc. 2] is GRANTED. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefore.

IT IS FURTHER ORDERED that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge