IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOLLY JARAMILLO,  )
 )
    Plaintiff,  )
 )
v.  )  CIV No. 14-333 SMV
 )
CAROLYN COLVIN,  )
Acting Commissioner of Social Security,  )
 )
    Defendant.  )
 )

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time to file her response to Plaintiff's Motion to Remand (Doc. 24), the Court ORDERS that Defendant shall have until January 15, 2015, and Plaintiff shall have until February 12, 2015 to file her reply.

SIGNED  December 12,      , 2014.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 12/12/14*
MANUEL LUCERO
Assistant United States Attorney


*Electronically approved 12/12/14*
GARY J. MARTONE
FELIZ M. MARTONE
SARAH L. MAESTAS-BARNES
Attorneys for Plaintiff